# United States Court of Appeals for the Federal Circuit

---

June 1, 2018

**ERRATUM**

---

Appeal Nos. 2017-1848, 2017-1911

**CHRIMAR HOLDING COMPANY, LLC, CHRIMAR SYSTEMS, INC., DBA CMS TECHNOLOGIES, INC.,**
*Plaintiffs-Cross-Appellants*

**v.**

**ALE USA INC., FKA ALCATEL-LUCENT ENTERPRISE USA, INC.,**
*Defendant-Appellant*

Decided: May 8, 2018
Nonprecedential Opinion

---

Please make the following change to footnote 1:

"In 2004, the IEEE changed its policy regarding the submission of letters of assurance.  *See* J.A. 6512-13, 6716-17, 6725-26."